

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00534-CR

Steven Ryan **NEVILS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 548755
Honorable Jason Roland Garrahan, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: January 9, 2019

APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal from his conviction for driving while intoxicated. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH